United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLORINDA IZAZAGA CARDENAS,

    Plaintiff,

    v.

COUNTY OF NAPA,

    Defendant.

Case No. 24-cv-04248-DMR

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**

Re: Dkt. No. 9

    The court is in receipt of Defendant County of Napa's motion to dismiss Plaintiff Florinda Izazaga Cardenas's complaint, which is set for hearing on September 26, 2024. [Docket No. 9.] Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff properly filed a first amended complaint against Defendant on August 23, 2024. [Docket No. 12.] Accordingly, Defendant's motion to dismiss the original complaint is denied as moot. The September 26, 2024 hearing on the motion is vacated.

**IT IS SO ORDERED.**

Dated: September 9, 2024



_____
Donna M. Ryu
Chief Magistrate Judge